"Certification of Funds in the Registry"

PRINCIPAL: $ 45,7n.00

Financial Deputy: _CDaick_ Date: 7/8/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLYOD VOISIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1302** |
| **TETRA TECHNOLOGIES, INC.** | **SECTION "C"(4)** |

## AMENDED ORDER

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Koerner and MidSouth's **Renewed Motion for Summary Judgment and for the Entry of Final Judgments for the Amount Awarded and the Amount to be Awarded (R. Doc. 94)** is GRANTED.

**IT IS FURTHER ORDERED** that Koerner and MidSouth be awarded **$40,734.12**, plus 100% of the interest accrued less the registry fee, from the settlement proceeds deposited in the Court's Registry.

**IT IS FURTHER ORDERED** that Duval, Funderburk, Sunderbery, Lovell & Watkins be awarded **$4,965.88**, principal only, from the settlement proceeds deposited in the Court's Registry.

**IT IS FURTHER ORDERED** that Terrebonne General Medial Center's ("TGMC") claims be **DISMISSED WITH PREJUDICE** and a **DEFAULT JUDGMENT** be entered against this

party as TGMC has conceded that it does not have any interest in the funds which are in the Registry of the Court.

New Orleans, Louisiana, this 7th day of July 2011.

                                                UNITED STATES DISTRICT JUDGE